Ronald **DEL RAINE, Petitioner–Appellant,**

v.

**Mike ADAMS, Warden, et al., Respondents–Appellees.**

No. 02–55054.

D.C. No. CV–00–08142–GAF.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 20, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Federal prisoner Ronald Del Raine appeals pro se the district court's denial of his 28 U.S.C. § 2241 petition, challenging a decision by the United States Parole Commission ("Commission"). We have jurisdiction pursuant to 28 U.S.C. § 2253. We affirm.

Del Raine contends that the Commission erred in computing his mandatory early release hearing date pursuant to 18 U.S.C. § 4206(d).

Del Raine may not challenge the execution of his sentence in the instant 28 U.S.C. § 2241 petition because his claims are barred as successive. *See* § 2244(a) (stating that a federal court is not required to entertain a habeas petition "if it appears that the legality of such detention has been determined by a judge or court of the United States on a prior application for a writ of habeas corpus"). The district court properly dismissed Del Raine's petition as successive because he raises the same claims raised in a prior habeas petition, and denied on the merits by the Middle District of Pennsylvania. *Id.; cf. Barapind v. Reno,* 225 F.3d 1100, 1111 (9th Cir.2000) (deciding that the gatekeeping provisions of § 2244 did not apply to an INS detainee who filed a § 2241 petition since detention challenged was not pursuant to a judgment of a court of the United

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

States); *see also Hill v. Alaska,* 297 F.3d 895, 898–99 (9th Cir.2002) (deciding, in a case of first impression, that a habeas petition was not second or successive under § 2244(b) because the petition was challenging the mandatory release date for the first time, and those claims could not have been included in earlier petitions).

**AFFIRMED.**[1]

---

1. Del Raine's February 12, 2003, motion to file his reply brief late is granted. The clerk shall file the reply brief received on February 4, 2003.

